# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 97-3763

_____

Kent Johnson; Jerry A. Johnson,    *
                                   *
            Appellants,            *
                                   *
      v.                           *
                                   *
Wilfred George Peterson; Donald    *
Edwin Peterson; Robert E. Lee,     *    Appeal from the United States
Esq.; E. Roger Dewaard; Dewaard    *    District Court for the
Investment Corporation; Shawn      *    Northern District of Iowa.
Mallen; Wright County Farm         *
Service Agency, doing business as  *    [UNPUBLISHED]
The Commodity Credit Corporation;  *
John Does; Vern Elston, Sheriff of *
Wright County,                     *
                                   *
            Appellees.             *

_____

Submitted: November 5, 1998
Filed: December 4, 1998

_____

Before WOLLMAN, HANSEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Kent Johnson and Jerry Johnson appeal the district court's[1] dismissal of their civil suit against Wilfred George Peterson and others. After careful review of the record and the parties' briefs, we conclude the district court's judgment is correct, and an extended discussion is unwarranted. Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Mark W. Bennett, United States District Judge for the Northern District of Iowa, adopting the report and recommendations of the Honorable Paul A. Zoss, United States Magistrate Judge for the Northern District of Iowa.